**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

NO. 98-10934

In re: OLAN JACKSON

PETITION FOR WRIT OF MANDAMUS
FOR THE NORTHERN DISTRICT OF TEXAS
(4:98-CR-114-A)

August 21, 1998

Before DAVIS, WIENER, and STEWART, Circuit Judges.

PER CURIAM:[*]

After reviewing the petition for mandamus, the district court's memorandum opinion and order and the orders of the Judicial Council of the Fifth Circuit dated February 9, 1997, and March 2, 1998, along with pertinent portions of the record, we are persuaded that the district court committed a gross abuse of discretion in refusing to recuse in this case.

Accordingly, the application for mandamus is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Northern District of Texas reassign this case to another judge of that court.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.